## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR65 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TYLER L. CODDINGTON, | ) | |
| | ) | |
| Defendant. | ) | |

At the initial appearance of the defendant on the charges contained in the indictment on file, the United States moved to detain the defendant without bail pending trial on the basis that he was a flight risk and a danger to the community. At the time of his initial appearance before the court, the defendant was in the custody of Iowa state authorities on state charges. Accordingly,

**IT IS ORDERED:**

The government's motion for detention of Tyler L. Coddington pursuant to the Bail Reform Act is held in abeyance pending the defendant's coming into federal custody.

**IT IS FURTHER ORDERED:**

The defendant, Tyler L. Coddington, did not waive his rights in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2), and the U.S. Marshal is directed to hold the defendant locally in the District of Nebraska pending disposition of this case.

DATED this 15th day of January, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge